UNITED STATES of America,
Plaintiff—Appellee,

v.

Salvador CHAVARRIA–JIMENEZ,
Defendant—Appellant.

No. 07–10074.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 18, 2008.

Don B. Overall, AUSA, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Peter Hormel, Esq., Law Office of Peter Hormel, Tucson, AZ, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Salvador Chavarria–Jimenez appeals from his 48–month sentence imposed after his guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Chavarria–Jimenez's counsel has

filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Chavarria–Jimenez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the sentence is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

